UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SEAN TAYLOR JACKSON WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:24-cv-01591-JMB |
| ) | |
| TRENNY WILSON, et al., ) | |
| ) | |
| Defendants. ) | |

### MEMORANDUM AND ORDER OF TRANSFER

This matter is before the Court upon review of the pleadings filed by self-represented Plaintiff Sean Wright (Missouri registration no. 1149756), an inmate at Potosi Correctional Center in Mineral Point, Missouri.   For the reasons explained below, this case will be transferred to the United States District Court for the Western District of Missouri.

Plaintiff brings this civil case against Trenny Wilson, a detective in St. Joseph, Missouri, and "Unknown Named Officers of the Special Response Team and Buchanan County Drug Strike Force."   ECF No. 1 at 1.   Plaintiff alleges that he was kidnapped on December 16, 2003, in violation of Missouri law, in the city of St. Joseph, Missouri located in Buchanan County.   *Id.* Plaintiff claims that, at the direction of defendant Trenny Wilson, unnamed members of the "Special Response Team" removed Plaintiff, at gun point and without his consent, and confined him. *Id.*   Buchanan County, Missouri is located in the Western District of Missouri.   *See* 28 U.S.C. § 105(b)(3).

Under 28 U.S.C. § 1391(b), a civil action of this type may be brought in: "(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving

rise to the claim occurred, or a substantial part of property that is subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action."

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought."  28 U.S.C. § 1404(a).   Here, Plaintiff's claims arise entirely from events which occurred in Buchanan County in the Western District of Missouri.  Therefore, the Court concludes that it is in the interest of justice to transfer this case to the United States District Court for the Western District of Missouri for all further proceedings.

The Court notes that a cursory review of electronic case filings from the Western District of Missouri Court indicates that Plaintiff Sean Wright (Missouri registration no. 1149756) has had three or more prior actions or appeals dismissed, while incarcerated, on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted.  *See Wright v. Hawley*, No. 6:18-cv-03367-MDH, ECF No. 3 (W.D. Mo. filed Nov. 1, 2018).  Pursuant to the Prison Litigation Reform Act of 1996, these cases constitute three strikes and require denial of any motion to proceed *in forma pauperis* filed by Plaintiff, unless he is under imminent danger of serious physical injury.  28 U.S.C. § 1915(g).  In this case, Plaintiff has neither filed a motion to proceed *in forma pauperis* or paid the full filing fee.  However, since this is the incorrect venue for this action, the Court will leave the filing fee issue for resolution by the transferee court.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall **TRANSFER** this case to the United States District Court for the Western District of Missouri.  *See* 28 U.S.C. § 1404(a).

Dated this 2nd day of December, 2024.

*/s/ Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE